IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kingsway Technologies, LLC, et al., | NO. C 09-01436 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| OCWEN Loan Servicing, LLC, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on August 31, 2009. The parties filed a late Joint Case Management Statement. (See Docket Item No. 18.) In their Statement, the parties request a continuance of the Conference to November 2, 2009 to coincide with the hearing on Defendant Ocwen Servicing, LLC's Motion to Dismiss. (See Docket Item No. 16.) The Court finds good cause to continue the Case Management Conference from August 31, 2009 to **November 2, 2009 at 10 a.m.** On or before **October 23, 2009**, the parties shall file a Joint Case Management Conference Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

As a preliminary matter, the Court notes that Plaintiff Kingsway Technologies, LLC is a corporation and may only appear before the Court through counsel. See Civ. L.R. 3-9(b) (A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.) Accordingly, if Plaintiff Kingsway Technologies remains a party to this action, it shall file a Notice of Identification of Counsel on or before **September 25, 2009**.

Dated: August 26, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher James Donewald cdonewald@houser-law.com
Robin Prema Wright rwright@wrightlegal.net

Olakunle Flash Ayodeji
2111 University Avenue, Suite C
East Palo Alto, CA 94303

Nathaniel Basola Sobayo
Kingland Technologies LLC
2111 University Avenue, Suite C
East Palo Alto, CA 94303

**Dated:  August 26, 2009**               **Richard W. Wieking, Clerk**

                                          **By:    /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

United States District Court
For the Northern District of California