IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kingsway Technologies, LLC, et al., | NO. C 09-01436 JW |
| Plaintiffs, <br> v. | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** |
| OCWEN Loan Servicing, LLC, et al., | |
| Defendants. / | |

On June 12, 2009, Defendant OCWEN Loan Servicing filed a Motion to Dismiss Plaintiffs' Complaint noticed for hearing on September 28, 2009. (See Docket Item No. 9.) On August 4, 2009, Plaintiffs filed an Amended Complaint. (See Docket Item No. 12.)

Rule 15(a) provides that a party may amend his pleading once as a matter of course at any time before a responsive pleading is served. A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a). Fed. R. Civ. P. 15(a); Allwaste, Inc. Hecht, 65 F.3d 1523, 1530 (9th Cir. 1995).

Plaintiffs' August 4 Amended Complaint is their first amended complaint. Accordingly, Defendant's Motion to Dismiss is denied as moot. The September 28, 2009 hearing on the Motion is VACATED.

Dated: September 23, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher James Donewald cdonewald@houser-law.com
Robin Prema Wright rwright@wrightlegal.net

Olakunle Flash Ayodeji
Nathaniel Basola Sobayo
Kingland Technologies LLC
2111 University Avenue, Suite C
East Palo Alto, CA 94303

**Dated: September 23, 2009**     **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**